# Order

Michigan Supreme Court
Lansing, Michigan

April 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157176

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

                                         SC: 157176
                                         COA: 334308
                                         Wayne CC: 16-001002-FC

JAMES LEE,
          Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the December 14, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether there is sufficient evidence for a rational trier of fact to conclude beyond a reasonable doubt that the defendant committed an "act" as that term is used in MCL 750.136b(3)(b). In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

      We direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *People v Worth-McBride* (Docket No. 156430).

      The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

d0419t

April 26, 2018
_____


                         Clerk